UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Antoine Donshea Davis**  Docket No. 4:07-CR-70-1D

**Petition for Action on Supervised Release**

COMES NOW Michael W. Dilda, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Antoine Donshea Davis, who, upon an earlier plea of guilty to Felon in Possession of a Firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 924, was sentenced by the Honorable James C. Dever III, Chief U.S. District Judge, on January 13, 2009, to the custody of the Bureau of Prisons for a term of 132 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 5 years. On December 29, 2014, pursuant to an Order regarding the government's motion to reduce sentence pursuant to Rule 35(b)(1), Davis' sentence was reduced to 102 months custody.

Antoine Donshea Davis was released from custody on July 10, 2015, at which time the term of supervised release commenced. On June 9, 2016, a Petition for Action on Supervised Release was filed that noted the defendant tested positive for marijuana on May 25, 2016. On June 14, 2016, the court concurred with the recommendation of the probation officer to have Davis complete 2 days custody in the Bureau of Prisons and participation in the DROPS Program. The defendant completed his period of incarceration on July 10, 2016.

On October 13, 2016, a Petition for Action on Supervised Release was filed that the defendant was arrested in Pitt County, North Carolina, for Driving While Impaired (16CR56914), Possession of an Open Container/Consumption of Alcohol in Passenger Area, and Impede Traffic by Slow Speed (16IF706325). On October 14, 2016, the court concurred with the probation officer to have Davis return for alcohol abuse counseling and complete 30 days of Location Monitoring, which successfully concluded on November 23, 2016.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On November 25, 2016, the defendant was arrested in Lenoir County, North Carolina, for Driving While Impaired (16CR52521), Possession of an Open Container/Consumption of Alcohol in Passenger Area (16IF703110), Driving While License Revoked, and Speeding (16CR704954). Davis has agreed to report for more intensive alcohol counseling/treatment. Additionally, as sanctions for this violation conduct, the participation in a cognitive behavioral program and participation in the drug court program are recommended. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a cognitive behavioral program as directed by the probation office.

2. The defendant shall participate in the STAR (Striving to Achieve Recovery) Drug Court Program as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

Antoine Donshea Davis
Docket No. 4:07-CR-70-1D
Petition For Action
Page 2

Reviewed and approved,

/s/ Dwayne K. Benfield
Dwayne K. Benfield
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Michael W. Dilda
Michael W. Dilda
U.S. Probation Officer
201 South Evans Street, Rm 214
Greenville, NC 27858-1137
Phone: 252-830-2342
Executed On: December 08, 2016

### ORDER OF THE COURT

Considered and ordered this __9__ day of __December__, 2016, and ordered filed and made a part of the records in the above case.

_____
James C. Dever III
Chief U.S. District Judge